```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :      INDICTMENT
         v.                         :      06 Cr.
CHRISTOPHER ADAMS,                  :
                  Defendant.        :      06 CRIM 1189
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DEC 27 2006

JUDGE KARAS

### COUNT ONE

The Grand Jury charges:

On or about December 1, 2006, in the Southern District of New York, CHRISTOPHER ADAMS, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 22, 1980, in New York State Supreme Court, of robbery in the first degree, a Class B felony, unlawfully, wilfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded .38 caliber Smith and Wesson revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)


_/s/ Rafael E. Nieves_                    _/s/ Michael J. Garcia_
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER ADAMS,

Defendant.

**INDICTMENT**

06 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*[signature: Rafael Viali]*

12/27/06 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Karas.
Peck, M.J.