

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2007

**By Hand**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 920
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/8/07

Re:   United States v. Christopher Adams,
      06 Cr. 1189

Dear Judge Karas:

    A pre-trial conference in the above-referenced case has been scheduled for January 19, 2007 at 10:00 a.m. The Government is in the process of preparing discovery.

    The Government respectfully requests that the Court exclude time from today until January 19, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to make discovery, allow the defendant time to review discovery, and allow both parties to have any appropriate discussions regarding a possible disposition of this case. Defense counsel, Steven M. Statsinger, Esq., consents to this request for the exclusion of time.

Respectfully,
MICHAEL J. GARCIA
United States Attorney

By: _____
Parvin Moyne
Assistant U.S. Attorney
(212) 637-2510

cc: Steven M. Statsinger, Esq. (by fax)

*[Handwritten endorsement:]* Time is excluded until January 19, 2007 to permit discovery to be produced and reviewed.

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
1/5/07